An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

JEANIST ADELL LINDSEY,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 61208

FILED

FEB 13 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

ORDER OF AFFIRMANCE

This is a proper person appeal from an order denying a motion to modify and correct an illegal sentence.[1] Eighth Judicial District Court, Clark County; Elissa F. Cadish, Judge.

In his motion filed on February 15, 2012, appellant claimed that his sentence was excessive and disproportionate due to mistakes in the presentence report, the district court improperly amended the judgment of conviction to include lifetime supervision and sex offender registration, the State improperly filed a notice of intent to seek habitual criminal adjudication, and his conviction for two offenses violated double jeopardy. Appellant failed to demonstrate that the district court relied on mistaken assumptions regarding his criminal record that worked to his extreme detriment. See Edwards v. State, 112 Nev. 704, 708, 918 P.2d 321, 324 (1996). Appellant failed to demonstrate that his sentence was facially illegal and that the district court lacked jurisdiction. See id. We

_____

[1]This appeal has been submitted for decision without oral argument, NRAP 34(f)(3), and we conclude that the record is sufficient for our review and briefing is unwarranted. See Luckett v. Warden, 91 Nev. 681, 682, 541 P.2d 910, 911 (1975).

SUPREME COURT
OF
NEVADA

(O) 1947A

13-04609

therefore conclude that the district court did not err in denying appellant's motion. Accordingly, we

ORDER the judgment of the district court AFFIRMED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

cc:     Hon. Elissa F. Cadish, District Judge
        Jeanist Adell Lindsey
        Attorney General/Carson City
        Clark County District Attorney
        Eighth District Court Clerk